

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2015

No. 04-14-00897-CV

**IN THE ESTATE OF WILLIAM THOMAS BOOTH**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-2786
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

    Appellant's brief was originally due August 9, 2015. This Court granted appellant a motion for extension of time to file the brief to September 9, 2015. Appellant has not filed a brief or a motion for extension of time.

    Because no brief has been filed, it is ORDERED appellant file an appellant's brief and show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). Response should include a reasonable explanation for failure to timely file the brief. If appellant no longer wishes to pursue this appeal, your response should include a motion to dismiss.

    NO FURTHER EXTENSIONS OF TIME WILL BE ALLOWED. If this Court does not receive an appellant's brief and an adequate response within fifteen days, the appeal will be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a)(1).

_____
Jason Pulliam, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2015.

_____
Keith E. Hottle
Clerk of Court